**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. KOHLER, ) | No. C 06-4768 MMC (PR) |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| CORRECTIONAL TRAINING FACILITY, ) | |
| Defendant. ) | |
| _____ ) | |

  Plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action on July 19, 2006 in the Eastern District of California. On July 27, 2006, the case was transferred to this court. On January 2, 2007, the Clerk notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, including a trust account statement showing transactions for the preceding six months and a certificate of funds form signed by an institution official, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. To date, plaintiff has neither paid the filing fee nor submitted a completed IFP application.

1    As more than thirty days have passed since the deficiency notice and plaintiff has not
2 paid the filing fee or filed a completed IFP application, the above-titled action is hereby
3 DISMISSED without prejudice.

4    The Clerk shall close the file.

5    IT IS SO ORDERED.

6 DATED: March 29, 2007

7                                            MAXINE M. CHESNEY
                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28